### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GAYLA FRANCIS, | ) |
|    Plaintiff, | ) ) ) |
| v | ) ) **Case No.: 3:15-cv-01577 VAB** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) |
|    Defendant. | ) ) ) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>February 3, 2016</u>      BY: <u>*/s/ Angela K. Troccoli*</u>
                  Angela K. Troccoli, Esquire
                  Attorney Id# ct28597
                  Kimmel & Silverman, P.C
                  The New England Office
                  136 Main Street, Suite 301
                  Danielson, CT 06239
                  Phone: (860) 866-4380
                  Facsimile: (860) 263-0919
                  Email: atroccoli@creditlaw.com
                  Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 3rd day of February, 2016, a true and correct copy of the foregoing pleading served via mail to the below:

Keith S. McGurgan, Esq.
General Counsel
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502
Email: kmcgurgan@portfoliorecovery.com

/s/ Angela K. Troccoli
Angela K. Troccoli, Esquire
Attorney Id# ct28597
Kimmel & Silverman, P.C
The New England Office
136 Main Street, Suite 301
Danielson, CT 06239
Phone: (860) 866-4380
Facsimile: (860) 263-0919
Email: atroccoli@creditlaw.com
Attorney for Plaintiff